UNITED STATES DISTRICT COURT
For the
Northern District of Illinois

PHOENIX ENTERTAINMENT PARTNERS, LLC, )
)
      **Plaintiff,** )
)
      v. )
)   Civil Action No. 1:15-cv-7230
LOUIE'S PUB, INC., )
)
      **Defendants,** )
)
)

## AFFIDAVIT OF SERVICE

I, Kristy Ojeda, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter, I am a registered employee of Hanrahan Investigations located at 9914 Derby Lane, Westchester, IL 60154, a private detective agency listed under The Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, agency license #117-000934.

I served a SUMMONS FOR CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT and a LETTER upon Louie's Pub, Inc., by handing a copy of the aforementioned documents to Mary H. Jurek, Registered Agent and Owner of Louie's Pub, Inc., in front of her business, Louie's Pub, Inc., located at, 1659 W. North Ave, Chicago, IL 60622 on 08/21/2015 at approximately 12:02 PM.

Mary Jurek is a Caucasian female, approximately fifty (50) years of age, approximately 5'8" in height with medium length, curly, dark brown hair. Jurek was wearing a grey t-shirt, knee length blue jean shorts and multi colored gym shoes at the time of service.

Further, the affiant sayeth not.

_____
Kristy Ojeda

Subscribed and Sworn
before me this __21st__ day
of __August__ 2015.

_____
Notary Public

OFFICIAL SEAL
STEPHEN B CRANE JR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/20/18